UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHELSEA SPENCER,<br><br>          Plaintiff,<br><br>   v.<br><br>EBC, LLC dba as BELLA AQUILA, BOTTAIO, LLC dba as BELLA AQUILA, and JOHN/JANE DOES I through X, Whose True Identities are Currently Unknown,<br><br>          Defendants. | Case No. 1:17-cv-00425-CWD<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

     Based upon the parties' Stipulation for Dismissal with Prejudice (Dkt. 27) filed herein and good cause appearing therefore,

     **IT IS HEREBY ORDERED** that this matter is hereby **DISMISSED** with prejudice, with each party to bear their own attorney fees and costs.

DATED: September 27, 2018

_____

Honorable Candy W. Dale
United States Magistrate Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1